Dismissed and Memorandum Opinion filed July 24, 2008








Dismissed
and Memorandum Opinion filed July 24, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00546-CV

____________

 

EDWARD BRADLEY AS APPLICANT FOR
AVW, INC. 

D/B/A ADULT VIDEO MEGAPLEXXX, Appellant

 

V.

 

CITY OF HOUSTON, Appellee

 



 

On Appeal from the
334th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-79762

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 7, 2007.  On July 15, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
24, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.